IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY LEWIS JAMES, SR**                                       **PLAINTIFF**

v.                                              CIVIL ACTION NO. 1:23-cv-77-TBM-RPM

**JANJER ENTERPRISES, INC**                                       **DEFENDANT**

### ORDER TRANSFERRING CIVIL ACTION TO
### THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Before the Court is Plaintiff's Amended Motion to Change Venue [21] and Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [7]. The parties have come to an agreement to transfer this case under 28 U.S.C. § 1406(a), therefore making Defendant's Motion to Dismiss MOOT.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Amended Motion to Change Venue [21] is GRANTED and this civil action is transferred to the United States District Court of Maryland, Southern Division, and all documents filed in this civil action shall be received in accordance with the local rules of the United States District Court for the District of Maryland.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is MOOT.

SO ORDERED, this the 16th day of October, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE